[No. 31829-2-I.    Division One.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03507-0, LeRoy McCullough, J., entered

November 19, 1992. *Affirmed* by unpublished per curiam opinion.